Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-4799 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Roberta Jeffers, et al.,<br><br>                        Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiffs Roberta Jeffers, Terry Lauesen, Ricky Walters, Bertha White, Bill Koellmer, Velma Hinshaw, Ruby Gladney, and Nancy Ciavarella in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: 11-18, 2009 | By: | /s/ Navan Ward |

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Nov. 18, 2009   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 23 2009

Hon. Charles R. Breyer
United States District Court

-2-